## ALLSTATE INSURANCE CO. v. NATIONWIDE INS. CO.

No. 565P86.

Case below: 82 N.C. App. 366.

Petition by defendant (Brian Savage) for discretionary review pursuant to G.S. 7A-32 denied 4 November 1986.

## BRANCH BANKING AND TRUST CO. v. WRIGHT

No. 330PA85.

Case below: 74 N.C. App. 550.

Defendant's (Mary Dianne Wright) motion to be allowed to withdraw appeal allowed 17 December 1985.

## BRANNON v. BRANNON

No. 503P86.

Case below: 82 N.C. App. 149.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

## DUNLAP v. DUNLAP

No. 490P86.

Case below: 82 N.C. App. 675.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

## FLAHERTY v. HUNT

No. 512P86.

Case below: 82 N.C. App. 112.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.